UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANTONIO TONY ARENA,

                                                    DECISION AND ORDER

                       Plaintiff,

                                                    20-CV-6038L

                       v.

KATHRYN L. SMITH, et al.,

                       Defendants.
_____

By Order entered July 13, 2020, the United States Court of Appeals for the Second Circuit transferred plaintiff Antonio Arena's motion for leave to proceed *in forma pauperis* ("IFP") on appeal (Dkt. #8) to this Court for a determination of the IFP status.

I deny the motion for Antonio Arena to proceed IFP on appeal. I denied Arena's application to proceed IFP before the District Court and dismissed the Complaint (Dkt. #3). As the Court noted in that Decision, the IFP application was defective in many respects and the Complaint was basically incomprehensible.

This plaintiff is a frequent litigator and this Court has previously denied an IFP application in 19-CV-6782. Plaintiff failed to pursue that action. In addition, this Court has previously dismissed at least one cause of action (15-CV-6730) as being entirely without merit. In that case, plaintiff never bothered to respond to the defendants' motion to dismiss.

CONCLUSION

Plaintiff's motion to proceed *in forma pauperis* on appeal (Dkt. #8) is DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
July 22, 2020